IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JAMES BROADHEAD, # 224802, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 2:19-CV-393-WKW |
| | ) [WO] |
| OFFICER C/O TRAVIS FITZPATRICK, *et al.*, | ) |
| Defendant. | ) |

## **ORDER**

On June 10, 2019, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. # 2.) After an independent review of the record and upon consideration of the Recommendation, it is ORDERED that:

(1) The Magistrate Judge's Recommendation (Doc. # 2) is ADOPTED; and

(2) Petitioner James Broadhead's 42 U.S.C. § 1983 complaint is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE this 3rd day of July, 2019.

                                                    /s/ W. Keith Watkins
                                          UNITED STATES DISTRICT JUDGE